IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDWARD V. LANG,

    Plaintiff,

v.                                    Case No. 4:14-cv-00196-WTM-GRS

BLOOMIN' BRANDS, INC., et al.
and OUTBACK STEAKHOUSE, et al.,

    Defendants.
_____/

## ORDER

The Court having reviewed and considered the petition of Marquis W. Heilig of the law firm of Thompson, Sizemore, Gonzalez and Hearing, P.A., 201 N. Franklin Street, Suite 1600, Tampa, Florida 33602, for permission to appear pro hac vice on behalf of defendants Bloomin' Brands, Inc. and Outback Steakhouse, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Marquis W. Heilig as counsel of record for defendants Bloomin' Brands, Inc. and Outback Steakhouse, in this case.

**SO ORDERED** this  16th  day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA