# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| EDWARD V. LANG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. CV414-196 |
| BLOOMIN' BRANDS, INC. and OUTBACK STEAKHOUSE, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Although represented by counsel, plaintiff Edward Lang has filed a *pro se* "motion to dismiss counsel of record[, Zena McClain]." Doc. 36. Because the Court does not consider *pro se* motions from represented parties,[1] the motion (doc. 36) is **DENIED**. As a civil litigant with retained counsel, Lang may fire McClain whenever he likes. It is up to McClain to then file a motion to withdraw as counsel. Until then, she remains counsel of record.

---

[1] *See* S.D. Ga. L.R. 83.6(d) ("Whenever a party has appeared by attorney, he may not thereafter appear or act in his own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court. . . ."); *United States v. Morris*, 389 F. App'x 948, 951 (11th Cir. 2010) (stressing that defendants are "unentitled to hybrid representation").

**SO ORDERED**, this 2nd day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA