AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Edward V. Lang,

                              JUDGMENT IN A CIVIL CASE

        V.                      CASE NUMBER: CV414-196,

Bloomin' Brands, Inc., and Outback Steakhouse,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 2/9/16, granting the Defendants' motion for summary judgment, judgment is hereby entered dismissing Plaintiff's claims.

2/10/16
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03