FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 APR 13 AM 8:59

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDWARD V. LANG,

    Plaintiff,

v.

BLOOMIN' BRANDS, INC., and
OUTBACK STEAKHOUSE,

    Defendants.

CASE NO. CV414-196

## O R D E R

Before the Court are Plaintiff's Motion for Reconsideration (Doc. 43) and Motion to Appoint Counsel (Doc. 46).[1] Plaintiff has filed the above motions pro se. As this Court has previously stated, it does not consider pro se motions from represented parties.[2] (Doc. 38.) Accordingly, Plaintiff's Motions are **DENIED**.

SO ORDERED this 12th day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff also filed a Motion to Dismiss which appears to be the same document filed with the Eleventh Circuit Court of Appeals. (Doc 49.) Because the Eleventh Circuit granted Plaintiff's motion, Plaintiff's filing with this Court is **DISMISSED AS MOOT**.

[2] See S.D. Ga. L.R. 83.6(d) ("Whenever a party has appeared by attorney, he may not thereafter appear or act in his own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court. . . ."); United States v. Morris, 389 F. App'x 948, 951 (11th Cir. 2010) (stressing that defendants are "unentitled to hybrid representation").